UNITED STATES of America,
Plaintiff–Appellee, ·

v.

James Edward DAWKINS,
Defendant–Appellant.

No. 01–6862.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Richard Edward Dawkins, pro se. Harry
Thomas Church, Assistant United States
Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and
WILLIAMS, Circuit Judges.

PER CURIAM.

James Edward Dawkins appeals from
the district court's order declining to grant

**221**

Fed.R.Civ.P. 60(b) relief from the final order dismissing his 42 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss on the reasoning of the district court. *United States v. Dawkins,* Nos. CR–95–9–V; CA–98–32–5–2–V (W.D.N.C. filed May 1, 2001; entered May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*